**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 45893**

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) **Filed: March 12, 2019** |
| Plaintiff-Respondent, | ) |
| | ) **Karel A. Lehrman, Clerk** |
| v. | ) |
| | ) **THIS IS AN UNPUBLISHED** |
| BENJAMIN JARED JEPHSON, | ) **OPINION AND SHALL NOT** |
| | ) **BE CITED AS AUTHORITY** |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Steven Hippler, District Judge.

Judgment of conviction and unified sentence of eighteen years, with a minimum period of confinement of ten years, for conspiracy to traffic in heroin; two counts of trafficking in heroin; delivery of heroin; and possession of drug paraphernalia, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge
_____

PER CURIAM

Benjamin Jared Jephson was found guilty of conspiracy to traffic in heroin, Idaho Code §§ 37-2732B(a)(6)(B), 18-1701, 37-2732B(b), two counts of trafficking in heroin, I.C. §§ 37-2732B(a)(6), 37-2732B(c), delivery of a controlled substance, I.C. § 37-2732(a), and possession of drug paraphernalia, I.C. § 37-2734A. The district court sentenced Jephson to a unified term of eighteen years with ten years determinate. Jephson appeals asserting that the district court abused its discretion by imposing an excessive indeterminate sentence.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Jephson's judgment of conviction and sentence are affirmed.